ROBERT EMERT
Respondent, In Pro Per
2351 VISTA LAGO TERRACE
ESCONDIDO, CA 92029
TELEPHONE: 760-612-9328
robemert@msn.com



FILED
Apr 07 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriavocal   DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'25CV0820 DMS BLM

NOTICE OF LODGED EXHIBITS ON USB FLASH DRIVE

Robert Emert

      Plaintiff,

v.

San Diego Probation Department

      Defendant.

LODGED DOCUMENTS; WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2241 AND 2254; Civil Local Rule 5.1; Rule 5 of the Rules Governing Section 2254 Cases

Hearing Date:   TBD
Time:           TBD
Department:     TBD
Judge: TBD

## NOTICE OF LODGED EXHIBITS ON USB FLASH DRIVE

## SUBMITTED IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Civil Local Rule 5.1 and this Court's procedures for pro se litigants who do not have access to electronic filing, Petitioner Robert Emert hereby gives notice of lodging supporting exhibits on a USB flash drive in support of his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.

## AUTHORITY FOR PHYSICAL MEDIA SUBMISSION

The submission of exhibits on physical media is appropriate in this case because:

1. Civil Local Rule 5.1 permits pro se litigants to file paper documents with the Clerk of Court;
2. The size and volume of the exhibits make paper filing impractical, as they would exceed several hundred pages;
3. Petitioner does not have access to the Court's electronic filing system as a pro se litigant;
4. The USB flash drive format allows the Court to efficiently review the extensive documentary evidence supporting Petitioner's claims.

## JUDICIAL PRECEDENT SUPPORTING COMPREHENSIVE EXHIBITS

Courts have consistently recognized the need for habeas petitioners to submit complete supporting documentation:

1. In Cullen v. Pinholster, 563 U.S. 170, at 185 n.5 (2011), the Court stated that "both the District Court and the Court of Appeals had the obligation to ensure that the state-court record was properly before them;"
2. In Holland v. Jackson, 542 U.S. 649, 652-53 (2004), the Court emphasized the importance of presenting "relevant portions of the state-court record" to properly adjudicate habeas claims;
3. In Nasby v. McDaniel, 853 F.3d 1049, 1053 (9th Cir. 2017), the Ninth Circuit recognized a petitioner's right to present a complete record to support habeas claims.

## CONTENTS OF LODGED USB FLASH DRIVE

The USB flash drive contains the following files, all properly bookmarked and indexed for the Court's convenience:

1. **Exhibit 1**: Complete California Supreme Court Habeas Corpus Petition (filed April 2, 2024)
2. **Exhibits A-Y**: Supporting documentation referenced throughout the Petition, including:
    a. **Exhibit A**: Emails with San Diego District Attorney
    b. **Exhibit B**: Bryce Emert affidavit
    c. **Exhibit C**: Bryce Emert letters and emails
    d. **Exhibit D**: Bryce Emert transcripts
    e. **Exhibit E**: DAI Luis Pena call transcript with critical admissions
    f. **Exhibit F**: DDA Balerio's suppressed interview with Petitioner's son
    g. **Exhibit G**: Jose Badillo call transcript showing false plea promises
    h. **Exhibit H**: Andrea Schuck call transcript confirming plea agreement
    i. **Exhibit I**: Full FBI call transcript proving manufactured "threat"
    j. **Exhibit J**: Emails showing no malice
    k. **Exhibit K**: Email to DAI Pena regarding CPS interview
    l. **Exhibit L**: Email from DOJ forwarding complaint to FBI
    m. **Exhibit M**: Email offering DA to talk to Bryce anytime
    n. **Exhibit N**: Email to DAI Pena regarding homeschool information
    o. **Exhibit O**: Email to DAI Pena regarding handling in family court
    p. **Exhibit P**: Lower Court documentation regarding peremptory challenge
    q. **Exhibit Q**: Public corruption complaint filed with various authorities
    r. **Exhibit R**: Rob Emert medical documents
    s. **Exhibit S**: DOJ email forwarding public corruption complaint to FBI
    t. **Exhibit T**: Commissioner Patti Ratekin transcripts regarding facility placement
    u. **Exhibit U**: Additional Commissioner Patti Ratekin transcripts
    v. **Exhibit V**: Court transcripts
    w. **Exhibit W**: Emails regarding facility placement narrative
    x. **Exhibit X**: Amicable custody offer communications
    y. **Exhibit Y**: Family Court Services reports recommending 50/50 custody

## CERTIFICATION

I, Robert Emert, certify that the USB flash drive being lodged contains true and correct copies of the exhibits referenced above. All documents have been scanned for viruses and are free from malicious code. The exhibits are properly labeled, bookmarked, and indexed for the Court's convenience.

I respectfully request that the Court accept these exhibits in this format given my pro se status and the impracticality of submitting hundreds of pages of paper documentation. I am prepared to provide paper copies of any specific exhibits upon the Court's request.

Dated: April 7, 2025

Robert Emert 2351 Vista Lago Terrace Escondido, CA 92029 760-612-9328
robemert@msn.com

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2025, I served the foregoing NOTICE OF LODGED EXHIBITS ON USB FLASH DRIVE and the accompanying USB flash drive on Respondent by U.S. Mail, postage prepaid, addressed to:

San Diego Probation Department 9440 Hazard Way San Diego, CA 92123

Robert Emert

*/signature/*
4/7/25