**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT EMERT,<br><br>                                    Petitioner,<br><br>v.<br><br>SAN DIEGO PROBATION DEPARTMENT,<br><br>                                    Respondent. | Case No.:  3:25-CV-820 TWR (BLM)<br><br>**ORDER GRANTING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS*** |

Petitioner Robert Emert, who is currently on probation and proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Pet.," ECF No. 1).  Petitioner has also filed a request to proceed *in forma pauperis* ("Mot.," ECF No. 2), in which he attests he has no money or income. (*See id.*)  Because the Court finds Petitioner cannot afford the filing fee, the Court **GRANTS** Petitioner's Motion.  Accordingly, the Clerk of Court **SHALL FILE** the Petition without prepayment of the filing fee.

**IT IS SO ORDERED.**

Dated:  April 23, 2025

_____
Honorable Todd W. Robinson
United States District Judge

1

3:25-CV-820 TWR (BLM)