UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>SAN DIEGO PROBATION DEPARTMENT,<br><br>　　　　　　　　Respondent. | Case No.: 3:25-CV-820 TWR (BLM)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION,**<br>**(2) GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS,**<br>**(3) ORDERING CLERK OF COURT TO FILE PETITIONER'S AMENDED PETITION, AND**<br>**(4) EXTENDING RESPONDENT'S DEADLINE TO FILE RESPONSE TO AMENDED PETITION**<br><br>(ECF Nos. 10, 11) |

Presently before the Court is Petitioner Robert Emert's Motion for Leave to File Amended Petitioner for Writ of Habeas Corpus (28 U.S.C. § 2254) ("Mot.," ECF No. 10). The Honorable Barbara L. Major has issued a Report and Recommendation for Order Granting Petitioner's Motion for Leave to File Amended Petition ("R&R," ECF No. 11). Having carefully reviewed the Parties' arguments, Magistrate Judge Major's Report and Recommendation, the record, and the law, the Court **ADOPTS** Magistrate Judge Major's Report and Recommendation in its entirety and **GRANTS** Petitioner's Motion, as follows.

1

## BACKGROUND

Petitioner filed a Petition for Writ of Habeas Corpus pursuant 28 U.S.C. § 2254, naming the San Diego Probation Department as Respondent, on April 7, 2025. (*See generally* ECF No. 1 ("Pet.").) The undersigned granted Petitioner leave to proceed *in forma pauperis* on April 23, 2025, (*see generally* ECF No. 7), and, on May 16, 2025, Magistrate Judge Major denied Petitioner's omnibus motion for declaratory relief, a change of venue, and judicial notice and ordered Respondent to file a response to the Petition. (*See generally* ECF No. 8.) Petitioner filed the instant Motion to "more fully and explicitly state[] the factual and legal bases supporting" his claims on June 10, 2025. (*See* Mot. at 5.)

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Major's Report and Recommendation. (*See* R&R at 4 (ordering that any objections be filed no later than July 2, 2025).) Having reviewed the Report and Recommendation, the Court finds that it is thorough, well-reasoned, and contains no clear error. The Court

therefore **ADOPTS** Magistrate Judge Major's R&R Report and Recommendation in its entirety and **GRANTS** Petitioner's Motion.

## CONCLUSION

In light of the foregoing, the Court **GRANTS** Petitioner's Motion. Accordingly, the Clerk of Court **SHALL FILE** Plaintiff's proposed amended petition, previously filed as Exhibit A to Petitioner's Motion at pages 18 through 50 to ECF No. 10, as Petitioner's First Amended Petition for Writ of Habeas Corpus. In accordance with Judge Major's Order Directing Response and Setting Briefing Schedule, (*see* ECF No. 8 at 4–6), Respondent **SHALL RESPOND** to Petitioner's First Amended Petition on or before September 5, 2025, and, in the event that Respondent files a motion to dismiss, Petitioner **SHALL FILE** his opposition on or before October 6, 2025.

**IT IS SO ORDERED.**

Dated: July 9, 2025

_____
Honorable Todd W. Robinson
United States District Judge