Rob Bonta
Attorney General of California
Christopher P. Beesley
Supervising Deputy Attorney General
Kristen Kinnaird Chenelia
Deputy Attorney General
State Bar No. 225152
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone:  (619) 738-9007
 Fax:  (916) 732-7920
 E-mail:  Kristen.Chenelia@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT EMERT,**<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>**SAN DIEGO PROBATION DEPARTMENT,**<br><br>　　　　　　　　　　Respondent. | 3:25-cv-00820-TWR-BLM<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: The Hon. Barbara L. Major<br><br>Action Filed:　　4/07/2025 |

　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Respondent, by and through counsel, Rob Bonta, Attorney General of the State of California, and Kristen K. Chenelia, Deputy Attorney General, respectfully requests that this Court enlarge the time within which to file Respondent's Answer to the First Amended Petition for Writ of Habeas Corpus.

　　　On July 9, 2025, this Court granted Petitioner's Motion for Leave to File Amended Petition for Writ of Habeas Corpus and ordered Respondent to file a response by September 5, 2025.  (ECF No. 12.)  Based on the following

declaration, Respondent requests a fourteen-day enlargement of time to file an Answer to the First Amended Petition.

I, Kristen K. Chenelia, declare:

I am the deputy attorney general to whom this matter is assigned.

Petitioner pled guilty to abducting his son and is serving three years formal probation. Petitioner's First Amended Petition for Writ of Habeas Corpus presents six grounds for relief. He claims vindictive prosecution, the Superior Court lacked jurisdiction, the prosecution withheld exculpatory evidence, his guilty plea was coerced, retaliatory prosecution, and judicial bias.

I have not been able to complete my response because since being assigned this matter I was working on other assignments with earlier due dates and was recently out of the office for two weeks. I have reviewed the record and am close to completing a first draft of my Answer to the Petition. However, I just received a request for supplemental briefing due Monday for an upcoming oral argument and will have to temporarily stop working on this assignment. Once I complete my draft, additional time is necessary to allow adequate time for review and processing.

Accordingly, in order to file an Answer that will assist this Court in ruling on the First Amended Petition for Writ of Habeas Corpus, I respectfully request a fourteen-day enlargement of time to September 19, 2025.

Dated: August 28, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTOPHER P. BEESLEY
Supervising Deputy Attorney General

s/ Kristen Kinnaird Chenelia

KRISTEN KINNAIRD CHENELIA
Deputy Attorney General
*Attorneys for Respondent*

KKC; ela
SD2025801646
85318005.docx