UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>                            Petitioner,<br><br>v.<br><br>SAN DIEGO PROBATION DEPARTMENT,<br><br>                            Respondent. | Case No.: 3:25-CV-820 TWR (BLM)<br><br>**ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF No. 14) |

Presently before the Court is Respondent San Diego Probation Department's *ex parte* Application for Enlargement of Time to File Answer to First Amended Petition for Writ of Habeas Corpus ("*Ex Parte* App.," ECF No. 14), through which Respondent's counsel seeks a fourteen-day extension of its September 5, 2025 deadline. Good cause appearing, the Court **GRANTS** the *Ex Parte* Application. Accordingly, Respondent **SHALL RESPOND** to Petitioner's First Amended Petition on or before September 19,

/ / /

/ / /

/ / /

/ / /

/ / /

1

2025, and, in the event that Respondent files a motion to dismiss, Petitioner **SHALL FILE** his opposition <u>on or before October 20, 2025.</u>

**IT IS SO ORDERED.**

Dated: September 2, 2025

_____
Honorable Todd W. Robinson
United States District Judge