ROB BONTA
Attorney General of California
CHRISTOPHER P. BEESLEY
Supervising Deputy Attorney General
KRISTEN KINNAIRD CHENELIA
Deputy Attorney General
State Bar No. 225152
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9007
 Fax: (916) 732-7920
 E-mail: Kristen.Chenelia@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT EMERT,**<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>**SAN DIEGO PROBATION DEPARTMENT,**<br><br>　　　　　Respondent. | 3:25-cv-00820-TWR-BLM<br><br>**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: The Hon. Barbara L. Major<br><br>Action Filed:　　4/07/2025 |

　　Respondent San Diego Probation Department, files this Answer to the First Amended Petition for Writ of Habeas Corpus filed by Petitioner Robert Emert pursuant to this Court's Order and in accordance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Court. Respondent denies all allegations that Petitioner's custody is unlawful and alleges as follows:

　　1. Petitioner is in the custody of Respondent based upon a 2023 judgment in San Diego County Superior Court. Petitioner pled guilty to child abduction. The trial court granted Petitioner three years of formal probation.

2. Petitioner presents six grounds for relief: (1) pervasive prosecution; (2) the superior court lacked jurisdiction; (3) exculpatory evidence withheld under *Brady v. Maryland*; (4) involuntary guilty plea; (5) retaliatory prosecution; and (6) judicial bias.

3. The claims appear to be timely. 28 U.S.C. § 2244(d).

4. Grounds Two and Six are unexhausted. The remaining Grounds were exhausted in a petition for writ of habeas corpus filed in the California Supreme Court. *O'Sullivan v. Boerckel*, 526 U.S. 838, 842 (1999)

5. Ground One is procedurally defaulted. *Carter v. Giurbino*, 385 F.3d 1194, 1197 (9th Cir. 2004).

6. Grounds One, Three and Five are barred by *Tollett v. Henderson*, 411 U.S. 258 (1973).

7. All claims were reasonably rejected by the state court in a decision that was neither contrary to, nor an unreasonable application of, United States Supreme Court precedent, or the facts presented. 28 U.S.C. § 2254(d).

8. Petitioner is not entitled to an evidentiary hearing to resolve his claims. 28 U.S.C. § 2254(e)(2); *Cullen v. Pinholster*, 563 U.S. 170 (2011).

9. Respondent lodges the relevant state-court records under a separate Notice of Lodgment and incorporates such lodgments by reference.

10. The relevant facts and procedural history set forth in the accompanying Memorandum of Points and Authorities are incorporated herein by this reference. Except as expressly admitted herein or in the Memorandum of Points and Authorities, Respondent denies each and every allegation of the First Amended Petition and specifically denies that Petitioner's confinement is improper, or that any of his constitutional rights have been violated.

For the reasons set forth in this Answer, the Memorandum of Points and Authorities filed in support of this Answer and incorporated herein by this reference, and for such other and further good cause as the Court may find, this

Court should dismiss the First Amended Petition with prejudice, deny the First Amended Petition, deny all other relief, and deny a certificate of appealability.

Dated: September 21, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTOPHER P. BEESLEY
Supervising Deputy Attorney General

s/ Kristen Kinnaird Chenelia

KRISTEN KINNAIRD CHENELIA
Deputy Attorney General
*Attorneys for Respondent*

KKC: ela
SD2025801646
85351835.docx

# CERTIFICATE OF SERVICE

Case Name: **Emert v. San Diego Probation Department**   No. **3:25-cv-00820-TWR-BLM**

I hereby certify that on September 22, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 22, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 22, 2025, at San Diego, California.

| E. Longe-Atkin | *ELA* |
|---|---|
| Declarant | Signature |

KKC: ela
SD2025801646
85354699.docx