UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>                    Petitioner,<br><br>v.<br><br>SAN DIEGO PROBATION DEPARTMENT,<br><br>                    Respondent. | Case No.: 3:25-CV-820 TWR (BLM)<br><br>**ORDER PERMITTING PETITIONER TO FILE TRAVERSE**<br><br>(ECF Nos. 12, 13, 16) |

The Court is in receipt of Respondent San Diego Probation Department's Answer ("Ans.," ECF No. 16) to Petitioner Robert Emert's Amended Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) ("Am. Pet.," ECF No. 13). Under Rule 5(e) of the Rules Governing Section 2254 Cases, Petitioner "may file a reply to the respondent's answer or other pleading," and "[t]he judge must set the time to file unless the time is already set by local rule." Because the Court's July 9, 2025 Order Extending Respondent's Deadline to File Response to Amended Petition neglected to set a deadline for Petitioner's reply, (*see* ECF No. 12), Petitioner **MAY FILE** an optional traverse, if any, to matters raised in Respondent's Answer no later than **October 30, 2025**. Any traverse filed by Petitioner must (1) state whether Petitioner admits or denies each allegation of fact contained in the Answer, (2) be limited to facts or arguments responsive to matters raised in the Answer,

and (3) not raise new grounds for relief that were not asserted in the Amended Petition. *Grounds for relief withheld until the traverse will not be considered.* No traverse can exceed <u>ten (10) pages</u> in length absent advance leave of Court for good cause shown.

**IT IS SO ORDERED.**

Dated: September 30, 2025

_____
Honorable Todd W. Robinson
United States District Judge