ROB BONTA
Attorney General of California
CHRISTOPHER P. BEESLEY
Supervising Deputy Attorney General
KRISTEN KINNAIRD CHENELIA
Deputy Attorney General
State Bar No. 225152
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9007
 Fax: (916) 732-7920
 E-mail: Kristen.Chenelia@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EMERT,<br><br>                              Petitioner,<br><br>        v.<br><br>SAN DIEGO PROBATION DEPARTMENT,<br><br>                              Respondent. | 3:25-cv-00820-TWR-BLM<br><br>**NONOPPOSITION TO PETITIONER'S ENLARGEMENT OF TIME TO FILE TRAVERSE**<br><br>Judge: The Hon. Barbara L. Major<br>Action Filed:     4/07/2025 |

  On October 17, 2025, Petitioner Robert Emert filed a request for an enlargement of time to file a traverse. (Doc. 20.) Respondent does not oppose this request.

  On September 22, 2025, Respondent filed an Answer and Memorandum of Points and Authorities in this Court. (Doc. 16.) Respondent also lodged the state court record. (Doc. 17.) On October 8, 2025, Emert notified our office that he had not received the foregoing documents filed by our office, in addition to an enlargement of time filed on August 28, 2025. (Doc. 14.) We quickly discovered that Emert was inadvertently omitted from the certificate of service as a non-

1

CM/ECF participant. We immediately filed an amended proof of service (Doc. 19) and provided all filings to Emert via email and First-Class Mail. Due to our clerical error, Emert received our filings nearly three weeks late.

     Accordingly, Respondent does not oppose this Court granting Emert's request for an enlargement of time to file his traverse.

Dated: October 20, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTOPHER P. BEESLEY
Supervising Deputy Attorney General

s/ Kristen Kinnaird Chenelia

KRISTEN KINNAIRD CHENELIA
Deputy Attorney General
*Attorneys for Respondent*

KKC: ela
SD2025801646
85402824.docx

# CERTIFICATE OF SERVICE

Case Name:  **Emert v. San Diego Probation Department**   No.  **3:25-cv-00820-TWR-BLM**

I hereby certify that on October 20, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

NON OPPOSITION TO PETITIONER'S ENLARGEMENT OF TIME TO FILE TRAVERSE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 20, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Robert Emert
2351 Vista Lago Terrace
Escondido, CA 92029

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 20, 2025, at San Diego, California.

E. Longe-Atkin
Declarant

*ELA*
Signature

KKC: ela
SD2025801646
85403209.docx