1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| ROBERT EMERT, | Case No.: 25-cv-0820-TWR-BLM |
| Petitioner, | **ORDER GRANTING ENLARGEMENT OF TIME TO FILE TRAVERSE** |
| v. | **[ECF No. 20]** |
| SAN DIEGO PROBATION DEPARTMENT, | |
| Respondent. | |

18
19
20
21
22
23
24
25
26
27
28

On September 30, 2025, District Judge Todd W. Robinson issued an order permitting Petitioner Robert Emert to file an optional traverse no later than October 30, 2025. ECF No. 18. On October 17, 2025, Petitioner filed a request for a 60-day enlargement of time to file a traverse, alleging, *inter alia*, that Respondent "twice filed documents [ECF Nos. 14, 16–17] without serving Petitioner." ECF No. 20, at 6, 12.

On October 20, 2025, Respondent filed a Non-opposition to Petitioner's Enlargement of Time to File Traverse, stating that they do not oppose the Court granting Petitioner's request for an enlargement of time to file his traverse. ECF No. 21. Respondent admits that Petitioner was "inadvertently omitted from the certificate of service as a non-CM/ECF participant" and states that Respondent immediately "provided all filings to [Petitioner] via email and First-Class Mail" after Petitioner notified them of the omission on October 8, 2025. Id. at 1–2. Respondent admits that Petitioner received those filings nearly three weeks late due to their clerical error.

Id. at 2.

Good cause appearing, the Court **GRANTs** Petitioner's request for an enlargement of time to file an optional traverse. Accordingly, Petitioner **must** file his optional traverse no later than **December 29, 2025**.

**IT IS SO ORDERED.**


Dated:  10/28/2025

Hon. Barbara L. Major
United States Magistrate Judge