

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**ROBERT EMERT,**

     Petitioner,

     v.                        Case No. 3:25-cv-00820-TWR-BLM

**SAN DIEGO PROBATION DEPARTMENT,**

     Respondent.

---

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

28 U.S.C. § 1746

---

     I, Robert Emert, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the following is true and correct:

     1. I am the Petitioner in the above-captioned matter, proceeding pro se. I am over the age of 18. I have personal knowledge of the facts stated herein.

2. On April 2, 2026, I served the following documents on Respondent's counsel by electronic transmission to the email addresses listed below:

     (a) Petitioner's Objections to Report and Recommendation (ECF No. 36);

     (b) Petitioner's Judicial Correspondence to the Honorable Todd W. Robinson (Cover Letter);

     (c) Notice of Errata, Supplemental Authority, and Invocation of Pro Se Liberal Construction;

     (d) Exhibits A Through F Filed Concurrently with Petitioner's Objections.

     3. Service was made by transmitting the foregoing documents as PDF attachments via email to the following counsel for Respondent:

     **Kristen K. Chenelia, Deputy Attorney General**

     California Department of Justice

     Email: Kristen.Chenelia@doj.ca.gov

     Phone: (619) 738-9000

     **Christopher Beesley, Supervising Deputy Attorney General**

2

California Department of Justice
Email: christopher.beesley@doj.ca.gov

4. On the same date, the foregoing documents were transmitted to the district court for filing and docketing by email to efile_robinson@casd.uscourts.gov and efile_major@casd.uscourts.gov, and a courtesy copy was transmitted to the Ninth Circuit in Case No. 26-1808 at appeals_cmecf@ca9.uscourts.gov.

5. Electronic service by email is the method that has been used by all parties throughout this proceeding, including by Respondent's counsel through the identical email addresses. Petitioner is an IFP, SSI-recipient litigant with documented disabilities for whom printing and mailing is financially and medically impracticable. An ADA accommodation request for electronic filing access has been pending and unadjudicated since January 16, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2026, in Escondido, California.

/s/ Robert Emert, Petitioner
2351 Vista Lago Terrace, Escondido, CA 92029
(760) 612-9328 | robemert@msn.com
April 2, 2026