UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ROBERT EMERT. | No. 26-1808 |
| ———————————— | D.C. No. 3:25-cv-00820-TWR-BLM |
| ROBERT EMERT, | Southern District of California, San Diego |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO, | |
| Respondent, | |
| SAN DIEGO COUNTY PROBATION DEPARTMENT, | |
| Real Party in Interest. | |

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**