# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert Emert

**Petitioner,**

**V.**

San Diego Probation Department

**Respondent.**

**Civil Action No.** 25-cv-00820-TWR-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the foregoing, the Court OVERRULES Petitioner's Objections (ECF No. 38), ADOPTS Magistrate Judge Major R&R (ECF No. 36) in its entirety, DENIES Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 13), and DENIES Petitioner a Certificate of Appealability. This case is hereby closed.

**Date:** 8/31/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M.Williams

M.Williams, Deputy